IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ED WASNIOWSKI, and JUSTIN ROBERTS,

    Plaintiffs,

  v.

JEANNINE DAVILA,

    Defendant.

No. C 16-03251 WHA

**ORDER GRANTING IN PART EX PARTE APPLICATION TO SHORTEN TIME**

    Plaintiffs moved to remand this unlawful detainer action to state court. The case was removed here after defendant Jeannine Davila's adult children, who sought to intervene in the action, removed the case to federal court. The state court has not allowed the children to intervene, although Jeannine Davila joined in the removal. The hearing on that motion is scheduled for July 21. Plaintiffs filed an ex parte application to shorten time for the briefing on the motion to remand. Plaintiffs also seek to move the hearing forward to June 30. Defendant and her children are proceeding pro se. Plaintiffs simply assert the merits of their motion as the basis for shortening time.

    The Court will not require our pro se litigants to address the pending motion on the extremely expedited basis proposed by plaintiffs; however, the hearing shall be rescheduled for **JULY 12 AT 1:00 P.M.** The briefing schedule remains in place.

    **IT IS SO ORDERED.**

Dated: June 20, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE