IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED WASNIOWSKI, and JUSTIN ROBERTS,<br><br>    Plaintiffs,<br><br>  v.<br><br>JEANNINE DAVILA,<br><br>    Defendant.<br>_____ / | No. C 16-03251 WHA<br><br>**NOTICE RE MOTION FOR TEMPORARY RESTRAINING ORDER** |

    Several third parties, who have not been permitted to intervene, removed this case to federal court (with consent from defendant). Those third parties, together with defendant, filed a counter-complaint against plaintiffs and several additional parties and have now move for a temporary restraining order. The motion apparently seeks to enjoin Jeannine Davila's eviction.

    Wasniowski and Roberts's motion to remand is scheduled for a hearing tomorrow, **JULY 12 AT 1:00 P.M.** The Court will not set a schedule for briefing and hearing the motion for a temporary restraining order until the motion to remand is resolved.

Dated: July 11, 2016.

                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE