IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED WASNIOWSKI, and JUSTIN ROBERTS,<br><br>    Plaintiffs,<br><br>  v.<br><br>JEANNINE DAVILA,<br><br>    Defendant.<br>                                                  / | No. C 16-03251 WHA<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT** |

An order remanded this action for lack of removal jurisdiction. While the motion to remand remained pending, defendant and several third parties filed counterclaims. Defendant moved for entry of default by the Clerk and for entry of default judgment by the Court. The Clerk denied defendant's request for the entry of default, inasmuch as the Court lacks jurisdiction over this action. Defendant's motion for default judgment is likewise **DENIED**.

**IT IS SO ORDERED.**

Dated: August 22, 2016.

                                                              WILLIAM ALSUP
                                                              UNITED STATES DISTRICT JUDGE